UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 23-CR-20212-MARTINEZ/BECERRA

UNITED STATES OF AMERICA

    Plaintiff,

v.

RAFAEL CRUZ-SANTOS,

    Defendant.
_____/

**ORDER ADOPTING MAGISTRATE'S**
**REPORT AND RECOMMENDATION ON CHANGE OF PLEA**

**THIS CAUSE** came before the Court upon the Order of Reference from the District Court to conduct a Change of Plea Hearing before a Magistrate Judge.

**THE MATTER** was heard in front of Magistrate Judge Jacqueline Becerra on July 18, 2023 **[ECF No. 11]**. A Report and Recommendation was filed on July 18, 2023, recommending that the Defendant's plea of guilty be accepted **[ECF No. 14]**. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a _de novo_ review of the entire file and after careful consideration, the Court affirms and adopts the Report and Recommendation. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that the Report and Recommendation **[ECF No. 14]** of United States Magistrate Judge Jacqueline Becerra, is hereby **AFFIRMED** and **ADOPTED** in its entirety.

The Defendant is adjudged guilty of Count One of the Indictment. Count One charges Defendant with Illegal Reentry of a Removed Alien, in violation of Title 8, United States Code, Sections 1326(a) & (b)(1). The Defendant acknowledged that he understood the statutory penalties that apply in his case.

Sentencing has been set in this matter for **Friday, September 22, 2023, at 11:30 a.m.,** before the Honorable District Judge Jose E. Martinez, at the Wilkie D. Ferguson, United States Courthouse, 400 N. Miami Avenue, Courtroom 10-1, Miami, Florida 33128.

**DONE AND ORDERED** at Chambers in Miami, Florida, this 3 day of August, 2023.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc: U.S. Magistrate Judge Jacqueline Becerra
All Counsel of Record
U.S. Probation Office